UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **OIL MOP, LLC** | **CIVIL ACTION NO. 6:20-CV-01073** |
| **VERSUS** | **JUDGE JUNEAU** |
| **CHEMICAL SOUTH TRANSPORT, INC., AND GREAT WEST CASUALTY CO.** | **MAGISTRATE JUDGE HANNA** |

## JUDGMENT

**THIS MATTER** was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objection, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, Rec. Doc. 22, the Motion to Dismiss filed by Defendant Great West Casualty Co., Rec. Doc. 7, is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff Oil Mop, LLC be given twenty-one (21) days to amend its complaint to plead in more factual detail its allegations related to the existence of a contractual agreement between Oil Mop, LLC and Great West Casualty Co. Following such amendment, Great West

Casualty Co. may file an additional Motion to Dismiss if necessary and appropriate.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 8th day of December, 2020.

_____
MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE